# PITTA LLP
### Attorneys at Law

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Barry N. Saltzman**
**Partner**
Direct Dial: (212) 652-3827
bsaltzman@pittalaw.com

April 5, 2022

**By ECF and Email:**
**CronanNYSDchambers@nysd.uscourts.gov**
Honorable John P. Cronan, USDJ
United States District Court
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007-1312

Re:   Scales v. New York Hotel and Motel Trades Council, Local 6
      S.D.N.Y. No. 21-cv-08142 - JPC

Dear Judge Cronan:

I write on behalf of defendant Union in response to the Court's endorsed order dated April 4, 2022, Doc. 48.

On the afternoon of March 25, 2022, I advised Mr. Scales that, "the Union does not object to your request for an extension to 4/14/22." A copy of my email to Mr. Scales is attached. On March 29, 2022, I advised Mr. Scales that he needed to follow up with the Court on his request. Accordingly, the Union has no objection to the requested extension for the purpose of Mr. Scales submitting an amended pleading.

The Union respectfully reserves all its rights following timely filing of an amended complaint, including maintaining or revising its pending motion to dismiss.

Thank you for your consideration.

On April 4, 2022, the Court ordered Defendant to "file a letter explaining whether the defendant consents to the plaintiff amending his complaint." Dkt. 48. The Court construes this letter as providing written consent for Plaintiff to amend his Complaint. See Fed. R. Civ. P. 15(a)(2). Plaintiff shall file his amended complaint by April 14, 2022. The Court therefore denies without prejudice Defendant's motion to dismiss. See Dkt. 37. The Clerk of the Court is respectfully directed to close the motions pending at Docket Numbers 37 and 49.

Respectfully yours,

Barry N. Saltzman

Encl.

cc:   Mr. William Scales (By ECF & email w/encl.)
      Michael Bauman, Esq.
      Jamie Maffeo, Esq.

SO ORDERED.
Date: April 11, 2022
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

{00696691-1}

# Barry N. Saltzman

**From:** Barry N. Saltzman
**Sent:** Friday, March 25, 2022 3:31 PM
**To:** 'william scales'
**Cc:** Michael Bauman; Jamie Maffeo
**Subject:** RE: Request for an extension of deadline - Scales v NYHTC

Dear Mr. Scales:
The Union does not object to your request for an extension to 4/14/22. For future reference, requests should be made before the deadline which you missed by 4 business days.

Barry N. Saltzman, Esq.
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
bsaltzman@pittalaw.com
212-652-3827 Direct
212652-3891 Fax

-----Original Message-----
From: william scales [mailto:scales@live.com]
Sent: Friday, March 25, 2022 1:10 PM
To: Barry N. Saltzman <bsaltzman@pittalaw.com>
Subject: [EXTERNAL] Request for an extension of deadline

Good afternoon, I would like to request an extension of deadline. Im drafting up an amendment of complaint and need additional time. Thank you

Scales iPhone

1