# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____) (_____)

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

_____

_____

_____

_____

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

_____

_____

_____

_____

_____

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

_____        _____WS_____
Date                                                          Signature

_____        _____
Name (Last, First, MI)                                 Prison Identification # (if incarcerated)

_____        _____
Address                       City                                  State    Zip Code

_____        _____
Telephone Number                                  E-mail Address (if available)

This request is denied. Mr. Scales has failed to put forward any additional argument to show that his claim has "substantial merit," *Garcia v. USICE*, 669 F.3d 91, 98 (2d Cir. 2011); *see also Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986), to warrant the Court reconsidering its orders denying the requests for the appointment of counsel, *see* Dkts. 21, 27, 30, 66. The Clerk of the Court is respectfully directed to mail a copy of this order to the *pro se* plaintiff.

SO ORDERED.
Date: October 17, 2022                   _____
New York, New York                       JOHN P. CRONAN
                                         United States District Judge