UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
WILLIAM SCALES,                                                   :
                                                                  :
                            Plaintiff,                            :
                                                                  :     21 Civ. 8142 (JPC)
            -v-                                                   :
                                                                  :     ORDER
HOTEL TRADES COUNCIL OF NEW YORK,                                 :
LOCAL 6,                                                          :
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In an Opinion and Order dated February 6, 2023, the Court dismissed Plaintiff's Second Amended Complaint and granted leave to amend by March 8, 2023.  Plaintiff has not filed an amended complaint and the deadline has expired.  Therefore, the Court dismisses this case with prejudice.  The Clerk of Court is respectfully directed to enter judgment and to close this case.

      SO ORDERED.

Dated: April 3, 2023
      New York, New York
                                                                            JOHN P. CRONAN
                                                                        United States District Judge