UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM SCALES,

                 Plaintiff,

   -against-                                         21 **CIVIL** 8142 (JPC)

## JUDGMENT

HOTEL TRADES COUNCIL OF NEW
YORK LOCAL 6,

                 Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 3, 2023, the Court dismissed Plaintiff's Second Amended Complaint on February 6, 2023, and granted leave to amend by March 8, 2023. Plaintiff has not filed an amended complaint and the deadline has expired. Therefore, the Court has dismissed this case with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     April 3, 2023

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                    **BY:**    *K. Mango*

                                                      **Deputy Clerk**